DONNA YOUNG ET AL. *v.* DAVID T. CHASE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 18 Conn. App. 85, is denied.

*Stuart Bear,* in support of the petition.

*Paul W. Orth,* in opposition.

Decided May 11, 1989

STATE OF CONNECTICUT *v.* THOMAS HALL

The State of Connecticut's petition for certification for appeal from the Appellate Court, 17 Conn. App. 502, is granted, limited to the following issues:

"1. Did the Appellate Court err in concluding that the trial court should not have instructed the jury that self-defense was not available as a defense to the lesser included offense of manslaughter in the second degree?

"2. Did the Appellate Court err in concluding that the determination of the jury that self-defense had been disproved beyond a reasonable doubt, implicit in its verdict that the defendant was guilty of manslaughter in the first degree, did not render harmless the failure to charge upon the availability of self-defense for manslaughter in the second degree?

"3. Where the defendant admitted shooting the victim at close range six times, claiming self-defense, did the Appellate Court err in holding that the defendant was entitled to an instruction on criminally negligent homicide as a lesser included offense?"

*Mary H. Lesser,* deputy assistant state's attorney, in support of the petition.

Decided May 11, 1989